# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4792

_____

LAWRENCE LEVIN,

  Petitioner,

v.

SPENCER GIFTS HOLDINGS, INC.
and SENTRY INSURANCE
COMPANY,

  Respondents.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

July 5, 2018

PER CURIAM.

  DENIED.

MAKAR, WINOKUR, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Matthew D. Valdes, Windermere, for Petitioner.

William H. Rogner of Hurley, Rogner, Miller, Cox & Waranch, P.A., Winter Park, for Respondents.